GLAENZER, Appellant, v. DE WOLFE, Respondent. (Supreme Court, Appellate Division

sion, First Department. May 2, 1913.) Action by Eugene Glaenzer against Elsie De Wolfe. H. M. Earle, of New York City, for appellant. C. L. Craig, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.